122 A.3d 1031

**Melvin GREEN, Petitioner**

v.

**BUREAU OF COMMUNITY CORRECTIONS, Respondent.**

**No. 76 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 14, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of September, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

122 A.3d 1031

**Alfonzo B. SALLEY, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY and its President Judge, Respondent.**

**No. 79 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 14, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of September, 2015, the Application for Extraordinary Relief is **DENIED.**